**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0260 WHA |
| Plaintiff, | |
| v. | **NOTICE REGARDING LETTERS IN SPANISH** |
| EDGAR OMAR AVALOS-TORRES, | |
| Defendant. | |

Subsequent to submission of the presentence report, the probation officer has forwarded to the undersigned judge several letters on defendant's behalf and regarding his sentence. Several of these letters, which appear to be from defendant's family members, are written in Spanish and no translation is provided. Defense counsel shall be on notice of the fact that he must arrange for translation of these letters if they are to be considered preceding the sentencing hearing.

Dated:  August 2, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE