IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00260 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR REDUCTION IN SENTENCE** |
| EDGAR OMAR AVALOS-TORRES, | |
| Defendant. | |

On August 9, 2011, defendant was sentenced to 105 months in custody for possession with intent to distribute methamphetamine. Defendant now moves for a reduction in sentence pursuant to Amendments 715, 750, and 782 to Section 1B1.10 of the United States Sentencing Guidelines (Dkt. 28 and 31). The United States Probation Office filed a "Sentence Reduction Investigation Report" recommending no reduction in defendant's sentence because defendant's sentence of 105 months is already less than the minimum of the amended guideline range of 108 to 135 months (Dkt. No. 29). The Office of the Public Defender filed a "Notice of Non-Intervention; Status Report," in which it states it has nothing further to add to defendant's request and is not seeking to intervene in the matter (Dkt. No. 32).

This order concludes that defendant is not entitled to a reduction of his sentence. *See* U.S.S.G. § 1B1.10(b)(2)(A) (providing that a sentence may not be reduced "to a term that is less

than the minimum of the amended guideline range"). Accordingly, defendant's motion is hereby **DENIED**.

    **IT IS SO ORDERED.**

Dated: September 2, 2016.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

2