**United States District Court**
For the Northern District of California

1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    UNITED STATES OF AMERICA,                          No. CR 11-00260 WHA

11              Plaintiff,

12      v.                                               **ORDER RESPONDING TO
                                                         LETTER**
13    EDGAR OMAR AVALOS-TORRES,

14              Defendant.

15    _____/

16          On August 9, 2011, defendant was sentenced to 105 months in custody for possession

17    with intent to distribute methamphetamine.  Defendant later moved for a reduction in sentence

18    pursuant to Amendments 715, 750, and 782 to Section 1B1.10 of the United States Sentencing

19    Guidelines (Dkt. 28 and 31).  A prior order concluded that defendant is not entitled to a

20    reduction of his sentence because his original sentence is less than the minimum of the amended

21    guideline range (Dkt. No. 33).  *See* U.S.S.G. § 1B1.10(b)(2)(A) (providing that a sentence may

22    not be reduced "to a term that is less than the minimum of the amended guideline range").

23          The Court is in receipt of defendant's response to the prior denial of a sentence

24    reduction (Dkt. No. 34).  The Court does not have the discretion to reduce defendant's sentence

25    below the amended guideline range.  *Ibid.*  Defendant's request to reconsider the prior order is

26    **DENIED**.

27          **IT IS SO ORDERED.**

28    Dated:  October 11, 2016.

                                                   _____
                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE